IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> T. WRANGHAM, <br><br> Defendant. | No. C 15-03551 HRL (PR) <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On August 3, 2015, Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP") Application. (Docket Nos. 1 and 2.) On the same day, the Clerk sent Plaintiff a notice that his IFP application was deficient for the following reasons: (1) he did not complete the form in its entirety; (2) he did not sign the application; (3) he failed to attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (4) he failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was provided with a blank copy of the Court's IFP application, including a Certificate of Funds form; and a postage-paid return envelope, and directed to file a response within twenty-eight days to avoid dismissal of this action. (Id.)

Order Granting Ext. Of Time to file IFP App.
P:\PRO-SE\HRL\CR.15\03551Russell_eot-ifp.wpd

On August 12, 2015, Plaintiff filed an IFP application which is still deficient because he failed to provide items (3) and (4) described above.[1] See supra at 1. Although Plaintiff indicates on the cover page of this document that the support papers "should be there soon," (Docket No. 4 at 1), no such papers have been received by the Court although over thirty days have passed since this last communication by Plaintiff.

In the interest of justice, Plaintiff is GRANTED an extension of time to file a complete IFP application. Plaintiff shall file the necessary document to complete his IFP application **no later than twenty-eight (28) days** from the filing date of this order.

**IT IS SO ORDERED.**

DATED: 9/21/15

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] The Certificate of Funds in Prisoner's Account attached to the application was not signed by an authorized prison official. (Docket No. 4, IFP Application at 5.)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY LEE RUSSELL, JR.,

        Plaintiff,

v.

T. WRANGHAM,

        Defendant.

Case Number: CV15-03551 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/21/15, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Lee Russell AR8643
Pelican Bay State Prison
Unit # A-1 Cell #113
P.O. Box 7500
Crescent City, CA 95532-7000

Dated: 9/21/15      P. Cromwell, deputy
                             Susan Y. Soong, Clerk