IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL, JR., | No. C 15-03551 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| T. WRANGHAM, | |
| Defendant. | |

On August 3, 2015, Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP") Application. (Docket Nos. 1 and 2.) On the same day, the Clerk sent Plaintiff a notice that his IFP application was deficient for the following reasons: (1) he did not complete the form in its entirety; (2) he did not sign the application; (3) he failed to attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (4) he failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was provided with a blank copy of the Court's IFP application, including a Certificate of Funds form, along with a postage-paid return envelope, and directed to file a response within twenty-eight days to avoid dismissal of this action. (Id.)

1  On August 12, 2015, Plaintiff filed an IFP application which is still deficient
2  because he failed to provide items (3) and (4) described above.[1]  <u>See supra</u> at 1.  Because
3  Plaintiff indicated on the cover page of the document he provided that the support papers
4  "should be there soon," (Docket No. 4 at 1), the Court granted Plaintiff an extension of
5  time to October 19, 2015, in which to file a complete IFP application.  (Docket No. 5.)
6  The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed
7  the necessary documents to complete his IFP application.  Accordingly, this case is
8  **DISMISSED** without prejudice for failure to pay the filing fee.
9  The Clerk shall terminate any pending motions and close the file.
10  **IT IS SO ORDERED.**
11  DATED: 10/30/15

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] The Certificate of Funds in Prisoner's Account was not signed by an authorized prison official.  (Docket No. 4, IFP Application at 5.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>T. WRANGHAM,<br><br>    Defendant. | Case No. 15-cv-03551-HRL<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on October 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Lee Russell ID: AR8643
Pelican Bay State Prison Unit # A-1 Cell #113
P.O. Box 7500
Crescent City, CA 95532-7000

Dated: October 30, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD